IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Ross Larson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Fifth Third Bank, )<br>and other potential third parties in interest )<br>Clover Financial Sales & Leasing, Inc., and )<br>Larry Roesch Chrysler-Jeep-Dodge, LLC )<br>)<br>Defendants. ) | No. 09 CV 5933<br><br>Judge Zagel<br>Magistrate Judge Keys |

## PLAINTIFF'S MOTION FOR JUDGMENT

Plaintiff Ross Larson requests that this Court: 1) enter a judgment as to his claims seeking a declaration as to ownership rights in the subject vehicle, foreclosing all other rights of any other potentially interested party, and 2) voluntarily dismiss Plaintiff's complaint against Fifth Third Bank. In support of his motion, Plaintiff states as follows:

1. On January 31, 2011, Plaintiff filed his second amended complaint against Defendants. *See* Exhibit A. Plaintiff's amendment was to quiet title to his Jeep Grand Cherokee, VIN 1J4HR58N06C348159, and to foreclose any other potential party's interest in the vehicle. *See* Count VI of Plaintiff's Second Amended Complaint.

2. Fifth Third Bank has no interest in the vehicle.

3. On February 7, 2011, Larry Roesch Chrysler-Jeep-Dodge, LCC ("Larry Roesch") was served with Plaintiff's complaint. *See* Dkt. 50.

4. On February 10, 2011, Gary E. Wilcox, counsel for Larry Roesch, sent a letter to Plaintiff's counsel stating that Larry Roesch "asserts no interest in that certain 2006 Jeep Grand Cherokee, VIN #1J4HR58N06C348159, which is the subject of the pending litigation." *See*

1

Exhibit A. He further indicated that Larry Roesch has no objection to entering the order attached as Exhibit B, which disposes of Plaintiff's claims.

5. On March 4, 2011, Defendant Clover Financial Sales & Leasing, Inc. ("Clover") was served with Plaintiff's complaint. *See* Dkt. 48. Clover's answer was due on March 25, 2011, but to date, no answer or appearance has been filed.

6. As such, Plaintiff is entitled to judgment on his claims as to Clover.

7. Plaintiff also seeks leave to dismiss his claims unrelated to quieting title against Fifth Third Bank, with prejudice and in accordance with the terms of the proposed order, a copy of which is attached as Exhibit B.

WHEREFORE, Plaintiff Ross Larson requests that this Court grant Judgment in his favor quieting title to the 2006 Jeep Grand Cherokee, VIN #1J4HR58N06C348159 and dismissing all other claims against Fifth Third Bank pursuant to settlement, with prejudice, and enter the proposed order, attached as Exhibit B.

Respectfully submitted,

By: Allison Krumhorn
One of Plantiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808